UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MILDRED C. CHRISTMAS,       )
                            )
        Plaintiff,          )
                            )       JUDGMENT
   v.                       )
                            )       No. 5:09-CV-346-FL
NORTH CAROLINA DEPARTMENT   )
OF ADMINISTRATION, STATE OF )
NORTH CAROLINA,             )
                            )
        Defendant.          )

**Decision by Court and Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's Motion for Summary Judgment and on the Memorandum and Recommendation of United States Magistrate Judge William A. Webb. Subsequent to the court's ruling as to this motion, the remaining claims in this action were tried by a jury with Judge Louise Wood Flanagan presiding, and the jury rendered a verdict.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover nothing and this action is dismissed.

**This Judgment Filed and Entered on April 3, 2012, and Copies To:**

M. Jackson Nichols (via CM/ECF Notice of Electronic Filing)
Catherine Elizabeth Lee (via CM/ECF Notice of Electronic Filing)
Ann Wilkinson Matthews (via CM/ECF Notice of Electronic Filing)
Mary Ann Stone (via CM/ECF Notice of Electronic Filing)
Donald R. Teeter, Sr. (via U.S. Mail) N.C. Department of Justice
                                      PO Box 629, Raleigh, NC 27602


April 3, 2012            JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk